**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SHERITA EVERETTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-862-RWS-JBB |
| | § | |
| ALLEN POLICE DEPARTMENT and ALLEN MUNICIPAL COURT, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Sherita Everetts filed a complaint and an Application to Proceed In District Court Without Prepaying Fees or Costs (Long Form) in the Northern District of Texas. Docket Nos. 3–4. The case was then transferred to the Eastern District of Texas and referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. Docket Nos. 6–8.

On July 22, 2026, the magistrate judge ordered Plaintiff to "either pay the $405.00 filing fee for this action or file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)," which was terminated and had to be re-urged. Docket No. 9. The magistrate judge also warned Plaintiff that failure to comply could result in dismissal without prejudice for failure to prosecute. *Id.* Because Plaintiff failed to comply with that order by the stated deadline, the magistrate judge issued a report on August 25, 2026 recommending that the Court dismiss Plaintiff's case without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Docket No. 10.

A copy of the report was sent to Plaintiff at her last known address, but the Court has received no objections to date. In the Fifth Circuit, where a letter is properly placed in the United States mail, a presumption exists that the letter "reached its destination in the usual time and was

actually received by the person to whom it was addressed." *Faciane v. Sun Life Assurance Company of Canada*, 931 F.3d 412, 420–21, 421 n.9 (5th Cir. 2019) (citations omitted). Because Plaintiff has not filed any objections, Plaintiff is barred from *de novo* review by the District Court of the magistrate judge's findings, conclusions, and recommendations; and, except upon grounds of plain error, Plaintiff is barred from appellate review of the unobjected-to factual findings and legal conclusions adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

After review of the pleadings in this case and the report and recommendation of the magistrate judge, the Court has determined the report and recommendation is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (noting that where there are no objections to a magistrate judge's report, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"), *cert. denied*, 492 U.S. 918 (1989). Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 17th day of November, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE